IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HUGHES,           )
                         )
        Plaintiff,       )
                         )
v.                       )        Civil Action No. 3:13cv61–HEH
                         )
FREDERICKSBURG HEALTHCARE, )
LLC, et al.,             )
                         )
        Defendants.      )

## ORDER
### (Adopting Report & Recommendation and Denying Motion to Dismiss)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on March 26, 2013 (ECF No. 13). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, the Report and Recommendation of the Magistrate Judge (ECF No. 13) is ACCEPTED and ADOPTED as the OPINION of the Court. In accordance with the findings of the Magistrate Judge, Defendant's Motion to Dismiss (ECF No. 4) is DENIED as moot.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 12, 2013
Richmond, Virginia